**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6422**

———————

DANTE LINTON,

Plaintiff - Appellant,

versus

UNITED STATES MARSHAL'S SERVICE; DRUG
ENFORCEMENT ADMINISTRATION; DAVID CHEUVRONT,
II, Sergeant,

Defendants - Appellees,

and

JEFFREY SILK, Special Agent; ROBERT STANTON,
Lieutenant,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
02-3798-8-DKC)

———————

Submitted: July 10, 2003      Decided: July 16, 2003

———————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Dante Linton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dante Linton seeks to appeal the district court's order granting in part and denying in part his motion to amend his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Linton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED